UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KIMBERLY M. KING, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:03-CV-102 |
| ) | (Phillips/Guyton) |
| ATOMIC TRADES AND LABOR COUNCIL ) | |
| A.F.L.-C.I.O., ) | |
|     Defendant. ) | |

## ORDER

This matter is before the court on David S. Clark, counsel for defendant's motion to withdraw as counsel in this case [Doc. 31]. At a telephonic hearing held on January 31, 2007, the court took Mr. Clark's motion under advisement until he complied with the notice requirements of LR 83.4 [Doc. 33]. Mr. Clark has now filed an amended motion stating that he has given his clients the required notice [Doc. 34].

Accordingly, for the good cause stated, Mr. Clark's motion to withdraw as counsel for defendants in this matter [Docs. 31,34] is **GRANTED.**

ENTER:

                                  s/ Thomas W. Phillips
                               United States District Judge